# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH MCKINNEY

NO. 2021 KW 1194

**DECEMBER 20, 2021**

---

In Re:    Joseph McKinney, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          32975.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT